LILLIAN HOLLAND, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

WALTER MORRIS, Respondent, v. CARDER REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

FRANCIS L. NELLIS, Appellant, v. NATIONAL EMPLOYMENT EXCHANGE, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

ABRAHAM PINDEK, Appellant, v. SAMUEL ISRAEL, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.